1  Elizabeth Rojas, Chapter 13 Trustee
   15060 Ventura Blvd., Suite 240
2  Sherman Oaks, CA  91403
   (818) 933-5700  Fax: (818) 933-5755
3

4              UNITED STATES BANKRUPTCY COURT
                CENTRAL DISTRICT OF CALIFORNIA
5                SAN FERNANDO VALLEY DIVISION

6  IN RE:                          )   CHAPTER 13
                                   )   CASE NO. SV10-25428-GM
7  Luanna Mary Cisneros            )
                                   )   **ORDER DISMISSING CHAPTER 13**
8                                  )   **PETITION DUE TO FAILURE OF**
                                   )   **DEBTOR(S) TO APPEAR AT THE 341(a)**
9                                  )   **MEETING OF CREDITORS AND/OR TO**
                                   )   **MAKE PRE-CONFIRMATION**
10                                 )   **PAYMENTS**
                                   )
11  _____ DEBTOR  )

12
   Notice of the 341(a) meeting of creditors and initial confirmation hearing date having been duly
13 served by the Clerk of the Court, or the Trustee, upon the debtor(s), and the debtor(s) having failed
   appear at the same and/or having failed to make the required pre-confirmation payments, and good cause
14 appearing, it is therefore,

15  ORDERED:

16
   1. That all stay and restraining orders arising under 11 U.S.C. 362(a) and 1301 are vacated and
17 dissolved; and

18  2. That the petition herein is dismissed and all pending motions and adversary proceedings in this
   case are moot and dismissed.
19

20

21

22  Dated: JAN  4 2011                    _____
                                          Geraldine Mund
23                                        U. S. Bankruptcy Judge

**FILED**
FEB 04 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk
ORIGINAL

**FILED**
FEB - 4 2011
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

| | |
|---|---|
| 1 | Elizabeth Rojas, Chapter 13 Trustee |
|   | 15060 Ventura Blvd., Suite 240 |
| 2 | Sherman Oaks, CA  91403 |
|   | (818) 933-5700  Fax: (818) 933-5755 |
| 3 | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

IN RE:                                     )    CHAPTER 13
                                           )    CASE NO. SV10-25428-GM
Luanna Mary Cisneros                       )
                                           )
                                           )    **PROOF OF SERVICE BY MAIL**
                                           )
              DEBTOR                       )
                                           )

PROOF OF SERVICE
----------------

I declare under penalty of perjury that I am over the age of eighteen years and not a party to the within entitled action, I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, 15060 Ventura Blvd., Suite 240, Sherman Oaks, CA 91403, and that on 1/27/2011 I served the following document(s): ORDER DISMISSING CHAPTER 13 PETITION DUE TO FAILURE OF DEBTOR TO APPEAR AND/OR MAKE PRE CONFIRMATION PAYMENTS on all parties in interest listed below, by placing a true copy thereof enclosed in a sealed envelope with postage theron fully prepaid, in the United States Mail addressed as follows:

Luanna Mary Cisneros                   Ms. Jennifer Braun
13601 Mercer St                        Assistant United States Trustee
Pacoima, CA  91331                     Department of Justice
                                       21051 Warner Center Lane, #115
                                       Woodland Hills, CA  91367-1367

Executed at Sherman Oaks, California on January 27, 2011.

*(signed) Gisele Dorsey*

_____
Gisele Dorsey

Case No. SV10-25428-GM